**Order entered July 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00283-CV

## ESTATE OF LOLA CHENOWITH, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. Pr-12-00202-2**

## ORDER

The Court has before it appellant's July 25, 2013 agreed motion to supplement the clerk's record and extend time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to arrange to have the supplemental clerk's record filed within thirty days of the date of this order. The Court further **ORDERS** appellant to file her brief within seven days of the date the supplemental clerk's record is filed.

/s/    ELIZABETH LANG-MIERS
        JUSTICE